**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68227

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68229

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68230

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68231

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68241 ✓

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68246

GISTARVE RUFFIN, JR.,
     Appellant,
 vs.
THE STATE OF NEVADA,
     Respondent.

No. 68247

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27371

GISTARVE RUFFIN, JR.,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 68248

## ORDER DISMISSING APPEALS

These are pro se appeals from judgments of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jerome M. Polaha, District Judge
       Gistarve Ruffin, Jr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk